AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 SEP 19 PM4:26

| United States of America | ) |
|---|---|
| v. | ) |
| Diontre Dominique Taylor | ) Case No. 3:25-cr-211 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Diontre Dominique TAYLOR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Attempted Possession with Intent to Distribute a Controlled Substance
Aiding and Abetting

Date:   09/19/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-22-2025, and the person was arrested on *(date)* 10-21-2025
at *(city and state)* FARGO, ND.

Date: 10-22-2025

*Arresting officer's signature*

KYLE HINRICHS, USPIS TFO
*Printed name and title*